**LISA R. J. PORTER LANG**
JP Law PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Email: Lisa@jplawpc.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MATHEW LEE CARPENTER,** | |
| Plaintiff, | Case No.: 3:20-cv-02084-SB |
| vs. | |
| | **ORDER GRANTING AWARD** |
| **COMMISSIONER of Social Security,** | **OF EAJA FEES** |
| Defendant / | |

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of **$5,000.90**, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in Ratliff shall be paid to the Plaintiff, and mailed to the attorney's office.

Done this 19th day of August, 2021.

_____
Hon. Stacie F. Beckerman
U.S Magistrate Judge

Presented by:

s/Lisa R.J. Porter Lang_____
Lisa R.J. Porter Lang, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035