**LISA R. LANG,** OSB NO. 025035
Johnston Porter Law Office PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
Email: Lisa@jplawpc.com
    Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

**MATHEW LEE CARPENTER,**
    Plaintiff,

vs.

**COMMISSIONER of Social Security,**
    Defendant

Civil Action No. 3:20-02084-SB

ORDER GRANTING AWARD
OF ATTORNEYS FEES UNDER
42 U.S.C. § 406(b)

## ORDER

Based upon the Plaintiff's Unopposed Motion for an Award of Attorney's fees pursuant to 42 U.S.C. § 406(b) it is hereby:

ORDERED that Plaintiff is awarded attorney's fees in the amount of $ 20,128.75 minus $5,000.90 paid Plaintiff's Counsel in EAJA fees, for a total amount of $15,127.85.

It is FURTHER ORDERED that the Commissioner may pay Plaintiff's Counsel directly from Plaintiff's back benefits withheld, minus any applicable processing fees allowed by statute, and pay the Plaintiff any remainder of his past due benefits.

DATED this 8th day of March, 2023.

_____
Hon. Stacie F. Beckerman
U.S. Magistrate Judge